**ATTACHMENT C**

Capital Reporting Company
Mielcuszny, Conrad Raymond 11-05-2013

## Page 2

```
 1            APPEARANCES
 2
       JOHN J. CURRY, JR., ESQUIRE
 3     Polsinelli PC,
       161 North Clark Street
 4     Suite 4200
       Chicago, Illinois 60601
 5     (312) 819-1900
       jcurry@polsinelli.com
 6
              Representing the Plaintiff;
 7
 8     ALEXA R. ROSS, ESQUIRE
       Robbins, Ross, Alloy, Belinfante,
 9     Littlefield, LLC
       999 Peachtree Street, N.E.
10     Suite 1120
       Atlanta, Georgia 30309
11     (678) 701-9381
       aross@robbinsfirm.com
12
              Representing the Defendants.
13
14     ALSO PRESENT:
15       Peter Prezzano, Legal Video Technician
16
17
18
19
20
21
22
23
24
```

## Page 3

```
 1            CONTENTS
 2     EXAMINATION BY:              PAGE
 3       Counsel for Plaintiff    8
 4
 5            EXHIBITS
 6     NO.   DESCRIPTION            PAGE
 7     Exhibit 1  Notice of Deposition of   10
                  Defendant Genesis
 8                Biosciences, Inc., Pursuant
                  to FRCP 30(b)(6)
 9
       Exhibit 3  Notice of Deposition of   11
10                Defendant CKM Holdings, Inc.
                  Pursuant to FRCP 30(b)(6)
11
       Exhibit 5  Conrad Mielcuszny Company  24
12                Chart
13     Exhibit 6  Complaint, In the State    92
                  Court of Gwinnett County,
14                State of Georgia, Civil
                  Action File No. 11 C-02662-5
15
       Exhibit 8  May 6, 2010 Genesis Meeting   174
16
       Exhibit 9  June 23, 2010 Genesis Meeting  177
17
       Exhibit 10 Affidavit of Conrad Mielcuszny  46
18
       Exhibit 12 3/16/2012, Invoice No. 866001  119
19
       Exhibit 23 12/13/2011, Invoice No. 843676  256
20
       Exhibit 25 Second Amended Rider A to   11
21                30(b)(6) Notice of Deposition
                  to Genesis Biosciences, Inc.
22
       Exhibit 26 Second Amended Rider A to   12
23                Rule 30(b)(6) Notice of
                  Deposition to CKM Holdings, Inc.
24
```

## Page 4

```
 1            EXHIBITS (CONT.)
 2     NO.   DESCRIPTION            PAGE
 3     Exhibit 27 8/8/2011 Mielcuszny Affidavit  48
 4     Exhibit 28 Executive summary   58
 5     Exhibit 29 3/20/2008 e-mail from   66
                  Mielcuszny
 6
       Exhibit 30 Bills sent in 2002 to   76
 7                Mielcuszny for work performed
                  related to Biotal
 8
       Exhibit 31 Promissory note and guaranty   97
 9                executed by Mielcuszny on
                  6/5/2008 in connection with
10                the acquisition of Genesis
                  Technologies, Inc. stock
11
       Exhibit 32 6/5/2008 Promissory note   98
12                signed by Mielcuszny and made
                  to Kubiak
13
       Exhibit 33 Complaint in Hanson versus  100
14                Mielcuszny filed 2/8/2011
15     Exhibit 34 Complaint in Kubiak versus  101
                  Mielcuszny filed 2/8/2011
16
       Exhibit 35 list of material Mielcuszny  18
17                examined to prepare for
                  deposition
18
       Exhibit 36 invoices generated by law firm  84
19                of Nasharr & Shea LLC between
                  11/1/2004 and 1/1/2006
20
       Exhibit 37 mediation between Mielcuszny  144
21                and Kubiak, Hanson and Wholley,
                  signed by neutral party
22                Rex Smith
23     Exhibit 38 4/27/2008 e-mail from   202
                  Mielcuszny to Connor
24
```

## Page 5

```
 1            EXHIBITS (CONT.)
 2     NO.   DESCRIPTION            PAGE
 3     Exhibit 39 5/30/2008 e-mail from   216
                  Pemberton to Mielcuszny
 4
       Exhibit 40 5/30/2008 e-mail from   217
 5                Mielcuszny to Cornelison
 6     Exhibit 41 5/30/2008 e-mail from   218
                  Mielcuszny to Pemberton
 7                and Nasharr
 8     Exhibit 42 5/30/2008 e-mail from   220
                  Mielcuszny to Cornelison
 9
       Exhibit 43 5/30/2008 e-mail from   221
10                Cornelison to Mielcuszny
11     Exhibit 44 5/30/2008 e-mail from   222
                  Mielcuszny to Nasharr
12                And Pemberton
13     Exhibit 45 5/30/2008 e-mail from   224
                  Cornelison to Nasharr
14                and Pemberton
15     Exhibit 46 5/31/2008 e-mail from   225
                  Mielcuszny to Nasharr
16                and Nielsen
17     Exhibit 47 5/31/2008 e-mail from   227
                  Mielcuszny to Nasharr
18                and Nielsen
19     Exhibit 48 5/31/2008 e-mail from   228
                  Mielcuszny to Nasharr
20
       Exhibit 49 6/3/2008 e-mail from    231
21                Mielcuszny to Nasharr
22     Exhibit 50 6/3/2008 e-mail from    232
                  Mielcuszny to Nasharr
23                and Nielsen
24
```

Capital Reporting Company
Furnia, Mark  09-20-2013

## Page 2

```
 1              APPEARANCES
 2
 3  On behalf of the Plaintiff:
 4     JOHN J. CURRY, JR., ESQUIRE
 5     Polsinelli PC
 6     161 N. Clark Street
 7     Suite 4200
 8     Chicago, Illinois 60601
 9     (312) 819-1900
10
11  On behalf of the Defendants:
12     ALEXA R. ROSS, ESQUIRE
13     Robbins, Ross, Alloy, Belinfante,
14     Littlefield, LLC
15     999 Peachtree Street, N.E.
16     Suite 1120
17     Atlanta, Georgia 30309
18     (678) 701-9381
19
20  ALSO PRESENT:
21     Conrad Mielcuszny, CEO
22     Genesis Biosciences
23
24     John Kreimer, Legal Video Technician
25
```

## Page 4

```
 1              EXHIBITS (CONT.)
 2  NO.        DESCRIPTION            PAGE
 3  Exhibit 4   Amended Rider A to Rule    12
 4              30(b)(6) Notice o Deposition
 5              to CKM Holdings, Inc.
 6  Exhibit 5   Conrad Mielcuszny Company  15
 7              Chart
 8  Exhibit 6   Complaint, In the State    25
 9              Court of Gwinnett County,
10              State of Georgia, Civil
11              Action File No. 11 C-02662-5
12  Exhibit 7   Order Granting Plaintiffs'  43
13              Motions for Summary Judgment
14  Exhibit 8   May 6, 2010 Genesis Meeting  51
15              (AJN/ACP/PSK Conrad and Mark F)
16  Exhibit 9   June 23, 2010 Genesis Meeting  55
17              (ACP/PSK Conrad and Mark F)
18  Exhibit 10  Affidavit of Conrad Mielcuszny  85
19  Exhibit 11  3/16/2012, Invoice No. 866001   108
20  Exhibit 12  3/16/2012, Invoice No. 866001   114
21  Exhibit 13  12/30/2011, Invoice No. 846366  115
22  Exhibit 14  10/31/2011, Invoice No. 835987  116
23  Exhibit 15  9/9/2011, Invoice No. 823445    118
24
25
```

## Page 3

```
 1              CONTENTS
 2  EXAMINATION BY:              PAGE
 3     Counsel for Plaintiff      8
 4     Counsel for Defendants    132
 5     Counsel for Plaintiff     143
 6     Counsel for Defendants    150
 7     Counsel for Plaintiff     152
 8
 9
10
11              EXHIBITS
12  NO.        DESCRIPTION            PAGE
13  Exhibit 1   Notice of Deposition of    10
14              Defendant Genesis
15              Biosciences, Inc., Pursuant
16              to FRCP 30(b)(6)
17  Exhibit 2   Amended Rider A to Rule    11
18              30(b)(6) Notice of Deposition
19              to Genesis Biosciences, Inc.
20  Exhibit 3   Notice of Deposition of    11
21              Defendant CKM Holdings, Inc.
22              Pursuant to FRCP 30(b)(6)
23
24
25
```

## Page 5

```
 1              EXHIBITS (CONT.)
 2  NO.        DESCRIPTION            PAGE
 3  Exhibit 16  12/20/2011, Invoice No. 846366  119
 4  Exhibit 17  9/9/2011, Invoice No. 823445    120
 5  Exhibit 18  3/31/2012, Invoice No. 869173   122
 6  Exhibit 19  12/20/2011, Invoice No. 846368  123
 7  Exhibit 20  12/20/2011, Invoice No. 846367  123
 8  Exhibit 21  4/17/2012, Invoice No. 873094   124
 9  Exhibit 22  2/23/2012, Invoice No. 861027   126
10  Exhibit 23  12/13/2011, Invoice No. 843676  127
11  Exhibit 24  4/17/2012, Invoice No. 873098   129
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Capital Reporting Company
Nasharr, Anthony  11-06-2013

3

```
 1                  C O N T E N T S

 2   EXAMINATION BY:                            PAGE

 3        Counsel for Defendants                  4

 4                  E X H I B I T S

 5   NO.         DESCRIPTION                    PAGE

 6   Exhibit 1   Article from the                 6
                 Chicago Daily Law Bulletin
 7               May 20, 2013

 8   Exhibit 2   Article with Nicole A. Poulos   12
                 quote, November, 2012
 9
     Exhibit 3   Polsinelli firm website         14
10               overview

11   Exhibit 4   Answer and Counterclaims        18

12   Exhibit 4   Stock Purchase Agreement        23
                 For Genesis acquisition
13
     Exhibit 5   Triple net lease                30
14
     Exhibit 6   Employment Agreement            36
15               for Lee Hanson

16   Exhibit 7   Employment Agreement            39
                 for John Kubiak
17
     Exhibit 9   Employment Agreement            40
18               for Brian Wholley

19   Exhibit 10  noncompetition and              41
                 nondisclosure agreement
20               Lee Hanson

21   Exhibit 11  noncompetition and              44
                 nondisclosure agreement
22               between Genesis Technologies,
                 CKM Holdings and John Kubiak
23

24   (Exhibits attached to transcript.)
```

3

```
 1                    C O N T E N T S

 2    EXAMINATION BY:                              PAGE

 3          Counsel for Defendants                   4

 4          Counsel for Plaintiff                  126

 5

 6                    E X H I B I T S

 7    NO.         DESCRIPTION                      PAGE

 8    Exhibit  1  Polsinelli website                12
                  information Anthony Porcelli
 9
      Exhibit  2  Complaint                         53
10
      Exhibit  3  7/16/09, Invoice No. 644675       80
11
      Exhibit  4  9/16/09, Invoice No. 661811       95
12
      Exhibit  5  1/26/10, Invoice No. 691283       99
13
      Exhibit  6  3/23/10, Invoice No. 707951      102
14
      Exhibit  7  4/23/10, Invoice No. 714261      104
15
      Exhibit  8  5/27/10, Invoice No. 721112      106
16
      Exhibit  9  7/19/10, Invoice No. 732253      109
17
      Exhibit 11  10/11/10, Invoice No. 752075     113
18
      Exhibit 12  4/21/11, Invoice No. 792210      114
19
      Exhibit 13  5/11/11, Invoice No. 795789      116
20
      Exhibit 14  6/20/11, Invoice No. 805237      118
21
      Exhibit 15  8/1/11, Invoice No. 811506       120
22
      Exhibit 16  8/12/11, Invoice No. 816728      122
23
      Exhibit 17  9/9/11, Invoice No. 823445       124
24
      (Exhibits attached to transcript.)
```