## ATTACHMENT D

- Defendants owe Polsinelli approximately $333,003.20 plus interest. Copies of unpaid invoices have been provided to Defendants.