## ATTACHMENT E

- NONE AT THIS TIME.