## ATTACHMENT C

Categories of documents Defendants may use to support their claims and defenses:

1. Plaintiff's legal services bills

2. The acquisition documents

3. The pleadings and transcripts regarding the two Georgia lawsuits referenced in the answer and counterclaims