# ATTACHMENT D

Defendants/Counter-Plaintiffs have preliminary damages information, set forth below, and anticipate that discovery and expert witness work will identify additional significant damages. They have undertaken a purely internal, preliminary review designed to identify individual projects that Genesis Biosciences has rejected solely because its facilities lack the capacity to build and operate the two 15,000-liter fermentation tanks referenced in the counterclaims. The following are specific companies and projects that Genesis was forced to reject, which represent close to $5 million in lost revenue:

**[SEE CHARTS BEGINNING ON NEXT PAGE]**

**BUSINESS LOST DUE TO INSUFFICIENT CAPACITY**

| COMPANY | REQUEST: TYPE | REQUEST: QUANTITY DURATION | DATE OF CONTACT | LOST REVENUE | GROSS MARGIN |
|---|---|---|---|---|---|
| PASTEURIA BIOSCIENCE 12085 RESEARCH DRIVE, SUITE 185 ALACHUA FL, 32615 | CUSTOM STRAIN- PASTEURIA | 1 RUN/MONTH 8 MONTHS | 3RD QUARTER 2009 | $25,000/RUN $200,000 | 55%+ |
| **2009 KNOWN TO DATE** | | | | **$200,000** | |

**BUSINESS LOST DUE TO INSUFFICIENT CAPACITY**

| COMPANY | REQUEST: TYPE | REQUEST: QUANTITY DURATION | DATE OF CONTACT | LOST REVENUE | GROSS MARGIN |
|---|---|---|---|---|---|
| ECOLOGICAL LABORATORIES MICROBELIFT.COM | CUSTOM PRODUCT WITH STRAIN. BACILLUS MARINUS | 2 RUNS | 6/11/2010 | $15,000/RUN $30,000 | 55%+ |
| DINATEC 3292 THOMPSON BRIDGE ROAD GAINESVILLE GA 30506 | CUSTOM STRAIN L-BACILLUS SUBTILIS | 1 RUN/ 6 MONTHS | 6/25/2010 | $25,000/RUN $50,000 | 55%+ |
| MY GALAXY 3628 HOLLYHOCK ST COLLEGE STATION, TX 77845 | CUSTOM STRAIN B.TEXASPORUS | 10 RUNS | 6/8/2010 | $30,000/RUN $300,000 | 55%+ |
| BIOSCIENCE 966 POSTAL ROAD, SUITE 200 ALLENTOWN, PA 18109 | CUSTOM STRAIN THIOBACILLUS NOVELLUS | 1 RUN | 8/3/2010 | $20,000 | 55%+ |
| PASTEURIA BIOSCIENCE 12085 RESEARCH DRIVE, SUITE 185 ALACHUA FL 32615 | CUSTOM STRAIN-PASTEURIA | 1 RUN/MONTH (ONGOING) | 3RD QUARTER 2009 | $16,666/RUN $200,000 | 55%+ |
| **2010 KNOWN TO DATE** | | | | **$600,000** | |

**BUSINESS LOST DUE TO INSUFFICIENT CAPACITY**

| COMPANY | REQUEST: TYPE | REQUEST: QUANTITY DURATION | DATE OF CONTACT | LOST REVENUE | GROSS MARGIN |
|---|---|---|---|---|---|
| MARRONE BIO MARRONEBIOINNOVATIONS.COM 2121 SECOND STREET, SUITE 107B DAVIS, CA | PSEUDOMONAS/ CHROMOBACTERIA STRAIN CUSTOM FERMENTATION | 1 RUN/MONTH (ONGOING) | 10/8/2011 | $25,000/RUN $300,000 | 55%+ |
| ECOLOGICAL LABORATORIES MICROBELIFT.COM | CUSTOM PRODUCT W/STRAIN BACILLUS MARINUS | 2 RUNS | 6/11/2010 | $15,000/ RUN $30,000 | 55%+ |
| DINATEC DINATEC.COM 3292 THOMPSON BRIDGE ROAD GAINESVILLE GA 30506 | CUSTOM STRAIN L-BACILLUS SUBTILIS | 2 RUNS | 6/25/2010 | $25,000/RUN $50,000 | 55%+ |
| MY GALAXY 3628 HOLLYHOCK ST COLLEGE STATION, TX 77845 | CUSTOM STRAIN B. TEXASPORUS | 1 RUN | 6/8/2010 | $300,000 | 55%+ |
| BIOSCIENCE 966 POSTAL ROAD, SUITE 200 ALLENTOWN, PA 18109 | CUSTOM STRAIN THIOBACILLUS NOVELLUS | 1 RUN | 8/3/2010 | $20,000 | 55%+ |
| PASTEURIA BIOSCIENCE 12085 RESEARCH DRIVE, SUITE 185 ALACHUA FL 32615 | CUSTOM STRAIN PASTEURIA | 1 RUN/MONTH (ONGOING) | 3RD QUARTER 2009 | $200,000 | 55%+ |
| 2011 KNOWN TO DATE | | | | $900,000 | |

**BUSINESS LOST DUE TO INSUFFICIENT CAPACITY**

| COMPANY | REQUEST: TYPE | REQUEST: QUANTITY DURATION | DATE OF CONTACT | LOST REVENUE | GROSS MARGIN |
|---|---|---|---|---|---|
| AGRAQUEST 1540 DREW AVE. DAVIS, CA 95618 | PAENIBACILLUS POLYMYXA | 4 RUNS (MIN) | 2/9/2012 | $25,000/RUN $100,000 | 90% |
| MYRIANT 66 CUMMINGS PARK QUINCY MA 02169 | E.COLI | 3 RUNS | 4/19/2012 | $16,666/RUN $50,000 | 50% |
| ALGAL SCIENTIFIC 46701 COMMERCE CENTER DRIVE PLYMOUTH, MI 48170 | ALGAE | 1 RUN | 6/8/2012 | $20,000 | 50% |
| **2012 KNOWN TO DATE** | | | | **$170,000** | |

**BUSINESS LOST DUE TO INSUFFICIENT CAPACITY**

| COMPANY | REQUEST: TYPE | REQUEST: QUANTITY DURATION | DATE OF CONTACT | ANNUAL LOST REVENUE | GROSS MARGIN |
|---|---|---|---|---|---|
| NEWLIGHT TECHNOLOGIES 2222 MICHELSON DRIVE P.O. BOX 222-103 IRVINE, CA 92614 | FERMENTATION TO CREATE PLASTICS | 1 RUN/ MONTH (ONGOING) | 6/7/2013 | $18,000/RUN $216,000 | 65+% |
| ABL BIOTECHNOLOGIES | CONTRACT FERMENTATION OF STRAINS | 1 RUN/WEEK | 9/23/2013 | $34,615/RUN $1,800,000 | 65+% |
| 2013 KNOWN TO DATE | | | | $2,016,000 | |

**BUSINESS LOST DUE TO INSUFFICIENT CAPACITY**

| COMPANY | REQUEST: TYPE | REQUEST: QUANTITY DURATION | DATE OF CONTACT | ANNUAL LOST REVENUE | GROSS MARGIN |
|---|---|---|---|---|---|
| NEWLIGHT TECHNOLOGIES 2222 MICHELSON DRIVE P.O. BOX 222-103 IRVINE, CA 92614 | FERMENTATION TO CREATE PLASTICS | 1 RUN/ WEEK ONGOING | 6/7/2013 | $18,000/RUN $936,000 | 65+% |
| KOLBER BIO | FERMENTATION TO CREATE LIPOPHILIC BYPRODUCT | 1 RUN/3 MONTHS | 5/14/2014 | $20,000/RUN $80,000 | 65+% |
| **2014 KNOWN TO DATE** | | | | **$1,016,000** | |

Genesis has suffered damages in addition to those related to business opportunities rejected to date. For example, Genesis must expand its operations to capture profitable revenue, and the cost of expanding will significantly exceed the $2 million that Genesis attributed to the tanks themselves.  Genesis will retain experts to identify categories of financial loss and determine the total amount of damages resulting from the inadequate diligence, transaction documents, and overall legal representation related to its acquisition of Genesis Technologies.